**Opinion issued March 8, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00088-CV

———————————

## IN RE EXXONMOBIL OIL CORPORATION, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, ExxonMobil Oil Corporation, has filed a petition for a writ of mandamus asserting that the trial court abused its discretion by denying its request for entry of a temporary restraining order to preserve the status quo pending a hearing on its request for a temporary injunction.[1]

---

[1] The underlying case is *ExxonMobil Oil Corporation v. Landmark Industries, LLC, Landmark Industries Energy, LLC, Landmark Petroleum, LLC, Landmark Industries Holdings, Ltd., and Shell Retail and Convenience Operations LLC*, Cause

In connection with its mandamus petition, relator also filed a "Verified Motion for Emergency Relief," requesting that, pending consideration of the mandamus petition, the Court stay the closing of a transaction for the purchase of several properties between real parties in interest, Landmark Industries, LLC, Landmark Industries Energy, LLC, Landmark Petroleum, LLC, and Landmark Industries Holdings, Ltd., and real party in interest, Shell Retail and Convenience Operations LLC. On February 9, 2022, the Court granted relator's emergency motion staying the closing of the transaction.

We deny relator's petition for writ of mandamus and lift the stay imposed by our February 9, 2022 order. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.

---

No. 2021-83044, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.